UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-139 RM |
| | ) | |
| ROSA PEREZ | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 18, 2011 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Rosa Perez's plea of guilty, and FINDS the defendant guilty of Counts 1, 2, and 3 of the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B), 18 U.S.C. § 1546(b)(1), and 18 U.S.C. § 1028(a)(7).

SO ORDERED.

ENTERED:   February 8, 2011


　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　United States District Court